# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Bernell Juluke <br> *Plaintiff(s)* <br> v. <br> Len Daivs; Samuel Williams; Wayne Tamborella; Dwight Deal; Anthony Small; Ross J.J. Mocklin; Kenneth Harris; City of New Orleans, Louisiana; Harry F. Connick, Sr. <br> *Defendant(s)* | Civil Action No. 2:23-cv-03111-JCZ-DPC |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Samuel Williams

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Lance C. Unglesby
Unglesby & Crompton, LLC
607 St. Charles Ave., Ste. 300
New Orleans, Louisiana 70130
Telephone: (504) 345-1390
Fax: (504) 324-0835
Lance@ucjustice.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Carol L. Michel
Name of clerk of court

Date: Aug 04 2023

Deputy clerk's signature

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:23-CV-03111-JCZ-DPC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Samuel Williams**
was recieved by me on  **8/09/2023:**

- [X] I personally served the summons on the individual at **320 Kissimmee Drive, Arlington, TX 76002** on **08/12/2023 at 11:55 AM**; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:   08/12/2023

*Server's signature*

**Akinboye Omole**
*Printed name and title*

**4536 W Pioneer Dr
370
Irving, TX 75061**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Samuel Williams with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black male contact 55-65 years of age, 5'6"-5'8" tall and weighing 160-180 lbs with an accent.**




Tracking #: **0112125572**