## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BERNELL JULUKE,<br><br>          Plaintiff,<br><br>     v.<br><br>LEN DAVIS, *et al.*,<br><br>          Defendants. | CASE NO.: 2:23-cv-03111-JCZ-DPC<br><br>Section 2<br>Judge Jay C. Zainey<br><br>Division 2<br>Magistrate Judge Donna Phillips Currault |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT LEN DAVIS PURSUANT TO FED. R. CIV. P. 55

Plaintiff Bernell Juluke, by and through his counsel, respectfully requests, in light of Defendant Len Davis' failure to timely respond to Plaintiff's Complaint, that: (1) the Clerk of this Court enter a default against Defendant Len Davis; (2) the Court enter a default judgment against Defendant Len Davis; and (3) the Court set this matter for a hearing to determine the amount of Plaintiff's damages as a result of Defendant Len Davis' unlawful conduct. As set forth in the accompanying memorandum, Defendant Len Davis was properly and personally served with a summons and the Complaint on September 8, 2023, but has not responded to the Complaint or otherwise appeared in this matter.

Date:   October 23, 2023

Respectfully submitted,

/s/     *John Marrese*
          John Marrese

Steven Hart (admitted PHV)

Brian Eldridge (admitted PHV)
John Marrese (admitted PHV)
**Hart McLaughlin & Eldridge, LLC**
One South Dearborn, #1400
Chicago, Illinois 60603
Telephone: (312) 955-0545
shart@hmelegal.com
beldridge@hmelegal.com
jmarrese@hmelegal.com

Lance C. Unglesby (La. Bar #29690)
Adrian M. Simm, Jr. (La. Bar #36673)
Jamie F. Gontarek (La. Bar #37136)
**Unglesby & Crompton, LLC**
607 St. Charles Ave., Ste. 300
New Orleans, Louisiana 70130
Telephone: (504) 345-1390
Fax: (504) 324-0835
Lance@ucjustice.com
Adrian@ucjustice.com
Jamie@ucjustice.com

Ben Crump*
**Ben Crump Law, PLLC**
122 S. Calhoun Street
Tallahassee, Florida 32301
Telephone: (800) 713-1222
ben@bencrump.com

*Seeking *pro hac vice* admission

***Attorneys for Plaintiff Bernell Juluke***