UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BERNELL JULUKE,<br><br>       Plaintiff,<br><br>v.<br><br>LEN DAVIS, *et al.*,<br><br>       Defendants. | CASE NO.: 2:23-cv-03111-JCZ-DPC<br><br>Section 2<br>Judge Jay C. Zainey<br><br>Division 2<br>Magistrate Judge Donna Phillips Currault |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT SAMUEL WILLIAMS PURSUANT TO FED. R. CIV. P. 55**

Plaintiff Bernell Juluke, by and through his counsel, respectfully requests, in light of Defendant Samuel Williams' failure to timely respond to Plaintiff's Complaint, that: (1) the Clerk of this Court enter a default against Defendant Samuel Williams; (2) the Court enter a default judgment against Defendant Samuel Williams; and (3) the Court set this matter for a hearing to determine the amount of Plaintiff's damages as a result of Defendant Samuel Williams' unlawful conduct. As set forth in the accompanying memorandum, Defendant Samuel Williams was properly and personally served with a summons and the Complaint on August 12, 2023, but has not responded to the Complaint or otherwise appeared in this matter.

Date:   October 23, 2023

                                                                 Respectfully submitted,

                                                                 /s/    *John Marrese*
                                                                         John Marrese

                                                              Steven Hart (admitted PHV)

Brian Eldridge (admitted PHV)
John Marrese (admitted PHV)
**Hart McLaughlin & Eldridge, LLC**
One South Dearborn, #1400
Chicago, Illinois 60603
Telephone: (312) 955-0545
shart@hmelegal.com
beldridge@hmelegal.com
jmarrese@hmelegal.com

Lance C. Unglesby (La. Bar #29690)
Adrian M. Simm, Jr. (La. Bar #36673)
Jamie F. Gontarek (La. Bar #37136)
**Unglesby & Crompton, LLC**
607 St. Charles Ave., Ste. 300
New Orleans, Louisiana 70130
Telephone: (504) 345-1390
Fax: (504) 324-0835
Lance@ucjustice.com
Adrian@ucjustice.com
Jamie@ucjustice.com

Ben Crump*
**Ben Crump Law, PLLC**
122 S. Calhoun Street
Tallahassee, Florida 32301
Telephone: (800) 713-1222
ben@bencrump.com

*Seeking *pro hac vice* admission

***Attorneys for Plaintiff Bernell Juluke***