U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    Nov 13, 2023

CAROL L. MICHEL
CLERK
SMS                    Mail

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

(CONSOLIDATED CASES)
OF

BERNEN JULUKE
          PLAINTIFF

V.

LEN DAVIS, ET AL

KUNTA GABIE ET AL
          PLAINTIFF

V.

CITY OF NEW ORLEANS, ET AL

CIVIL ACTION
NO. 23-03111
SECTION A
JUDGE JAY C. ZAINEY
DIVISION Z
MAGISTRATE JUDGE DONNA
PHILIPS CURRAULT

CIVIL ACTION
NO. 23-6203

NOW INTO COURT PRESENTLY PROCEEDING 'PRO SE' COMES DEFENDANT LEN DAVIS, WHO STATES HE WAS SERVED WITH PLAINTIFF JULUKE'S COMPLAINT AROUND SEPTEMBER 8, 2023, BUT WASN'T GIVEN ANY INFORMATION ABOUT SECTION OF COURT THAT HAD BEEN ASSIGNED COMPLAINT.

DEFENDANT HAS NOW LEARNED THROUGH A [NON PARTY] THAT CASE HAS BEEN ASSIGNED AND, THAT A SEPARATE COMPLAINT ( NOW CONSOLIDATED WITH JULUKE'S COMPLAINT) HAS ALSO BEEN FILED.

TENDERED FOR FILING

NOV 13 2023

U.S. DISTRICT COURT
Eastern District of Louisiana

①

(2)

DEFENDANT ADOPTS ALL RELEVANT RESPONSES FROM CITY ATTORNEY'S OFFICE THAT DON'T CONFLICT WITH DEFENDANTS COMPLETE INNOCENCE OF THESE ABSURD, OPPORTUNISTIC FILINGS.

DEFENDANT ALSO NOTIFYS THE COURT THAT HE IS REQUESTING THAT A READYABLE POLYGRAPH EXAMINER BE APPOINTED TO EXAMINE DEFENDANT DAVIS ABOUT EVERYTHING HE REMEMBERS ABOUT HIS ACTIONS ON AUGUST 22, 1991; "RONDEL SANTAC" MURDER SCENE. AND ALSO, WHAT WAS ACTUALLY DISCUSSED AND STATED BY DEFENDANT DAVIS IN MEETING WITH ORLEANS PARISH DISTRICT ATTORNEY'S IN SEPTEMBER OF 2022.

DEFENDANT DAVIS NOTIFYS COURT THAT WHAT HAS BEEN ALLEGED IN BOTH "JULUKES" COMPLAINT AND "GABIE'S" COMPLAINT IS COMPLETE AND UTTER NONSENSE. THE PROVABLE OUTRIGHT LIES ALONE SHOULD WARRANT AN INVESTIGATION INTO EVERY "ATTORNEY" THAT HAS SIGNED THEIR NAME TO THESE COMPLAINTS.

DEFENDANT NOTIFY'S COURT THAT HE HAS ACCESS TO VIDEO CONFERENCING; LEGAL PHONE CALLS. POSTAL SERVICE AND E-MAILS HERE IN TERRE HAUTE. AND IF NECESSARY WILL DEFEND HIMSELF WITH THE ACCESS HE HAS TO COMPUTER LAW LIBRARY. QUITE HONESTLY THESE COMPLAINTS SHOULD BE DISMISSED OUTRIGHT FOR REASONS STATED BY CITY ATTORNEY'S OFFICE AND MORE.

③

DEFENDANT DAVIS IS FOR NOW GOING TO RESTRAIN HIMSELF FROM GOING INTO ANY FURTHER DETAIL ABOUT THESE LUDICROUS ALLEGATIONS IN THESE COMPLAINTS. SO AS TO GIVE COURT AN OPPORTUNITY TO DECIDE THE FOLLOWING:

1.) SHOULD CITY ATTORNEY'S OFFICE CONSULT WITH DEFENDANT DAVIS PRIOR TO ANY FURTHER FILINGS FROM DEFENDANT. THERE'S VISITATION; LEGAL CALL; E-MAIL; POSTAL SERVICE OR VIDEO CONFERENCING.

OR

2.) SHOULD COURT APPOINT REPRESENTATION OUTSIDE OF CITY ATTORNEYS OFFICE FOR DEFENDANT DAVIS DUE TO HIS INDIGENT STATUS.

DEFENDANT DAVIS ASK THAT COURT CONSIDER THIS A PARTIAL RESPONSE TO BOTH COMPLAINTS AND THAT COURT NOTIFY DEFENDANT HOW COURT WANTS DEFENDANT DAVIS TO PROCEED.

RESPECTFULLY SUBMITTED
BY _____
LEN DAVIS
OCTOBER 27, 2023



NAME: MR. LEN DAVIS
NUMBER: 24323-034
United States Penitentiary
P.O. Box 33
Terre Haute, IN 47808

RECEIVED
OCT 31 2023
BY:

INDIANAPOLIS IN
30 OCT 2023 PM

FOREVER USA
PURPLE HEART

"LEGAL MAIL"
CLERKS OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS, LOUISIANA 70130
"LEGAL MAIL"

INMATE IDENTIFICATION CONFIRMED

"LEGAL MAIL"
SENT OUT ON
10-29-23

FEDERAL CORRECTIONAL COMPLEX
4700 BUREAU ROAD SOUTH
TERRE HAUTE, IN 47802
DATE:

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another individual, please return the enclosure to the above address.