**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| KUNTA GABLE and | ) |
| SIDNEY HILL, | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| CITY OF NEW ORLEANS, *et al.* | ) |
| | ) |
| | ) |
| Defendants. | ) |

Case No. 23-3111
c/w Case No. 23-6203

Motion applies to 23-6203

Judge Brandon S. Long
Section O

Magistrate Judge Donna P. Currault
Division 2

**PLAINTIFF KUNTA GABLE AND SIDNEY HILL'S MEMORANDUM IN SUPPORT
OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

NOW COMES Plaintiffs Kunta Gable and Sidney Hill ("Plaintiffs"), by their undersigned attorneys, who respectfully submit this Memorandum in support of their Motion for Leave to File Amended Complaint requesting that this Court permit Plaintiffs to file the amended complaint, which is attached in as Exhibit 1 to their Motion. For the reasons set forth below, Plaintiffs' Motion for Leave to file Amended Complaint should be granted.

Plaintiffs filed their complaint on October 16, 2023, bringing a wrongful conviction action under 42 U.S.C. 1983 and other state claims against eleven Defendants. R. Doc. 1.

Federal Rule of Civil Procedure 15 permits parties to file an amendment to pleadings by agreement of the parties or leave of court. "The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Justice requires leave here so that Plaintiffs can make relatively minor changes to the operative complaint in order to name the proper parties in interest. Plaintiffs have been diligent in pursuing this amendment and investigating the circumstances underlying this amendment.

Plaintiffs' counsel has served four Defendants: the City of New Orleans, the Orleans Parish District Attorney, Wayne Tamborella, and Kenneth Harris. Plaintiffs' counsel are in the process of serving the remaining Defendants—while working to serve Defendants, Plaintiffs' counsel learned three individual Defendants named in the complaint, Dwight Deal, Ross J.J. Mocklin, and Anthony Small Jr., are deceased. Plaintiffs now seek to amend the complaint to substitute for the deceased Defendants their estates as proper parties.

Defense counsel have communicated that they have no objection to this motion. Defendants will not suffer prejudice from the granting of this motion, as the deceased Defendants have not yet been served, and Plaintiffs' counsel will attempt service immediately upon entry of the amended complaint. Another plaintiff in this consolidated action, Bernell Juluke, had filed a similar motion for leave to amend his complaint to substitute parties on December 5, 2023. R. Doc. 52. This Court granted Juluke's motion for leave to amend his complaint on December 6, 2023. R. Doc. 53. No other Defendant will suffer prejudice by the granting of this motion as no discovery has begun and no trial date has been set.

Accordingly, Plaintiff requests leave to file the Amended Complaint at Exhibit 1, which substitutes the representatives of the successions of the three deceased defendants as party defendants.

WHEREFORE, Plaintiffs respectfully request that the Court grant their motion to amend their complaint.

2

Respectfully Submitted,

/s/ Nabihah Maqbool

Nabihah Maqbool
Attorney for Plaintiffs

| | |
|---|---|
| Sarah Grady | John Adcock |
| Jed Glickstein | Adcock Law LLC |
| David Schmutzer | Louisiana Bar No. 30372 |
| Nabihah Maqbool | 3110 Canal Street |
| KAPLAN & GRADY | New Orleans, LA 70119 |
| 2071 N. Southport Ave., Ste. 205 | T: (504) 233-3125 |
| Chicago, IL 60614 | F: (504) 308-1266 |
| (312) 852-2184 | Email:  jnadcock@gmail.com |
| nabihah@kaplangrady.com | |