**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| BERNELL JULUKE, | Civil Action No. 23-03111 |
| | c/w 23-6203 |
| *Plaintiff*, | |
| | Relates to: No. 23-cv-03111 |
| v. | |
| | Section O |
| LEN DAVIS, *et al.*, | Judge Brandon S. Long |
| | |
| *Defendants*. | Division 2 |
| | Magistrate Judge Donna Phillips Currault |

**DEFENDANT JASON WILLIAMS'S MOTION**
**TO DISMISS FOR FAILURE TO STATE A CLAIM**

Defendant Jason R. Williams, in his official capacity as Orleans Parish District Attorney ("OPDA"), through undersigned counsel, respectfully moves for dismissal of the claims against him in Plaintiff Bernell Juluke's Second Amended Complaint (the "Complaint"), Doc. No. 160, pursuant to Federal Rule of Civil Procedure 12(b)(6).

As set forth in the accompanying memorandum in support, even if accepted as true for purposes of this motion, Mr. Juluke's factual allegations do not plausibly demonstrate that OPDA is responsible for violating his constitutional rights. Mr. Juluke does not adequately allege that OPDA's policymaker acted with deliberate indifference and adopted official policies that were likely to violate the constitutional rights of criminal defendants. He also has not adequately alleged that the purported *Brady* violations in his case were caused by OPDA's official policies, or that OPDA participated in a conspiracy to knowingly and illegally convict an innocent man. The Court previously granted Mr. Juluke leave to amend his complaint, but he has not corrected the deficiencies noted by the Court. Accordingly, Mr. Juluke's claims against OPDA (Counts 8 and

1

9) must be dismissed. And because Mr. Juluke has already had an opportunity to correct the deficiencies in his pleading, the claims should be dismissed with prejudice.

Respectfully submitted,

 /s/ Matthew J. Paul
W. Raley Alford, III, 27354
Matthew J. Paul, 37004
STANLEY REUTER ALFORD
  OWEN MUNSON & PAUL, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile:  (504) 524-0069
wra@stanleyreuter.com
mjp@stanleyreuter.com

*Counsel for Jason R. Williams (in his official capacity as Orleans Parish District Attorney)*

2