**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| BERNELL JULUKE, | Civil Action No. 23-3111 |
| | c/w 23-6203 |
| *Plaintiff*, | |
| | Relates to: No. 23-cv-6203 |
| v. | |
| | Section O |
| LEN DAVIS, *et al.*, | Judge Brandon S. Long |
| | |
| *Defendants*. | Division 2 |
| | Magistrate Judge Donna Phillips Currault |

**DEFENDANT JASON WILLIAMS'S MOTION**
**TO DISMISS FOR FAILURE TO STATE A CLAIM**

Defendant Jason R. Williams, in his official capacity as Orleans Parish District Attorney ("OPDA"), through undersigned counsel, respectfully moves for dismissal, pursuant to Federal Rule of Civil Procedure 12(b)(6), of the claims asserted against him in the First Amended Complaint (the "Complaint") filed by Plaintiffs Kunta Gable and Sidney Hill (the "Plaintiffs"), Doc. No. 90.

As set forth in the accompanying memorandum in support, even if accepted as true for purposes of this motion, the Plaintiffs' factual allegations do not plausibly demonstrate that OPDA is responsible for violating their constitutional rights. The Plaintiffs do not adequately allege that OPDA's policymaker acted with deliberate indifference and adopted official policies that were likely to violate the constitutional rights of criminal defendants. They also have not adequately alleged that the purported *Brady* violations in their case were caused by OPDA's official policies, or that OPDA participated in a conspiracy to deliberately violate their constitutional rights. The claims against OPDA (Counts 5 and 7) therefore must be dismissed.

2

Respectfully submitted,

 /s/ Matthew J. Paul
W. Raley Alford, III, 27354
Matthew J. Paul, 37004
STANLEY REUTER ALFORD
  OWEN MUNSON & PAUL, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: (504) 523-1580
Facsimile:  (504) 524-0069
wra@stanleyreuter.com
mjp@stanleyreuter.com

*Counsel for Jason R. Williams (in his official capacity as Orleans Parish District Attorney)*