discovery by either side can result in the Court prohibiting the use of certain evidence, continuances, mistrials, and contempt of Court if the failure to comply is deliberate. Orders by the Court for discovery create an ongoing obligation. Ignorance of the order of the Judge does not excuse failure to comply. Every Assistant must be familiar with the codal articles on discovery and must adhere to the review policies in this manual.

### 5.25    PRE-TRIAL - BRADY MATERIAL

In most cases, in response to the request of defense attorneys, the Judge orders the State to produce so called **Brady** material--- that is, information in the possession of the State which is exculpatory regarding the defendant. The duty to produce **Brady** material is ongoing and continues throughout the entirety of the trial. Failure to produce **Brady** material has resulted in mistrials and reversals, as well as extended court battles over jeopardy issues. In all cases, a review of **Brady** issues, including apparently self-serving statements made by the defendant, must be included in a pre-trial conference and each Assistant must be familiar with the law regarding exculpatory information possessed by the State.

### 5.26    PRE-TRIAL - PRIOR SIMILAR ACTS OF THE DEFENDANT

There is an extensive body of caselaw regarding occasions in which the State may use prior acts of the defendant in the trial of the instant offense. An Assistant District Attorney must be familiar with that caselaw and be alert to recognize cases where prior conduct of the defendant may be admissible.

Anytime the defendant has committed prior acts similar to the current crime, the assistant must consult with the trial supervisors regarding the possible use of the prior acts. This must be considered when the prior acts did not result in a formal criminal charge or when a trial was held, regardless of the finding of the jury. In appropriate cases, the trial supervisors will oversee the filing of the correct motion and presentation of witnesses and evidence in the pre-trial hearing.

EXHIBIT

1